No. 198, Misc.  WHITE *v.* NIERSTHEIMER, WARDEN. City Court of the City of East St. Louis, Illinois.  Certiorari denied.

No. 199, Misc.  BAILEY *v.* NIERSTHEIMER, WARDEN. Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 200, Misc.  SELLERS *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 213, Misc.  HIRSCH *v.* NEW YORK.  Court of General Sessions, New York County, Part VIII, New York. Certiorari denied.

No. 214, Misc.  SHOTKIN *v.* PERKINS ET AL.  Supreme Court of Colorado.  Certiorari denied.

No. 217, Misc.  NEW *v.* STEWART, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 219, Misc.  SHOTKIN *v.* BURKE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 211.  KELLEY *v.* UNION TANK & SUPPLY CO., *ante,* p. 827.  Motion for leave to file petition for rehearing denied.

No. 288.  STRAUSS *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 858.  Rehearing denied.